UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
          - v. -                         :      CONSENT PRELIMINARY ORDER
                                          OF FORFEITURE/
LUIS MANUEL BELTRE RAMIREZ,      :      MONEY JUDGMENT

                                          :      S1 24 Cr. 394 (JPO)
                 Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about October 9, 2024, LUIS MANUEL BELTRE RAMIREZ (the "Defendant"), and another, was charged in a two-count Superseding Indictment, S1 24 Cr. 394 (JPO) (the "Indictment"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One); and money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offenses charged in Counts One and Two of the Indictment, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offenses charged in Counts One and Two of the Indictment;

        WHEREAS, on or about _May 20, 2025_, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $213,504.48 in United States currency, representing the property involved in the offenses charged in Counts One and Two;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of United States currency representing the amount of property involved in the offenses charged in Counts One and Two of the Indictment, for which the Defendant is jointly and severally liable with his co-defendant, Silvia Marines Zapata (the "Co-defendant"), to the extent a forfeiture money judgment is entered against the Co-defendant in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offenses charged in Counts One and Two of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Lauren Phillips, of counsel, and the Defendant and his counsel, Frederick Lawrence Sosinsky, Esq., that

1. As a result of the offenses charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $213,504.48 in United States currency (the "Money Judgment"), representing the amount of property involved in the offenses charged in Counts One and Two of the Indictment, for which the Defendant is jointly and severally liable with his Co-defendant, to the extent a forfeiture money judgment is entered against the Co-Defendant in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant LUIS MANUEL BELTRE RAMIREZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.  All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          5/12/25
LAUREN PHILLIPS                                DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2231


LUIS MANUEL BELTRE RAMIREZ

By: _____          5/20/25
LUIS MANUEL BELTRE RAMIREZ                     DATE

By: _____          5/20/25
FREDERICK L. SOSINSKY, ESQ.                    DATE
Attorney for Defendant
45 Broadway Suite 3010
New York, NY 10006


SO ORDERED:

_____               5/20/25
HONORABLE J. PAUL OETKEN                       DATE
UNITED STATES DISTRICT JUDGE