LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK, 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

April 21, 2026

BY ECF
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Luis Beltre Ramirez
24 Crim. 0394 (JPO)

Dear Judge Oetken:

As you are aware, I represent Luis Beltre Ramirez, the defendant in the above matter. Your Honor sentenced Mr. Beltre Ramirez on January 12, 2026, principally, to two years' probation with a condition of home confinement for the first six months.

I am writing to respectfully request that the Court direct Pretrial Services to return Mr. Beltre Ramirez's passport to him.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

Granted.
Pretrial Services is hereby directed to release custody of Mr. Beltre Ramirez's passport and return it to him or his designated representative.
 So ordered:
 4/27/2026

J. PAUL OETKEN
United States District Judge